JS - 6 / ENTERED

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHARLES WOODBURY, JR., | Case No. EDCV 11-00314 JPR |
| Plaintiff, | |
| v. | **JUDGMENT** |
| MICHAEL J. ASTRUE, Commissioner of the Social Security Administration, | |
| Defendant. | |

IT IS ADJUDGED that the decision of the Commissioner is AFFIRMED and the above-captioned action is dismissed with prejudice.

DATED: <u>November 16, 2011</u>

_____
JEAN ROSENBLUTH
U.S. MAGISTRATE JUDGE