JS-6 / ENTERED

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHARLES WOODBURY, JR., ) | Case No. EDCV 11-00314 JPR |
| Plaintiff, ) | |
| ) | **JUDGMENT** |
| v. ) | |
| MICHAEL J. ASTRUE, ) Commissioner of the Social ) Security Administration, ) | |
| Defendant. ) | |

   IT IS ADJUDGED that the decision of the Commissioner is AFFIRMED and the above-captioned action is dismissed with prejudice.

DATED: November 16, 2011

_____
JEAN ROSENBLUTH
U.S. MAGISTRATE JUDGE